UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

HOWARD SHEPARD,

NO. CIV. S-05-888 LKK/PAN

    Plaintiff,

  v.                                    O R D E R

BOYD VAN HORN, JR., et al.,

    Defendants.
_____/

    By minute order dated July 28, 2005, both parties in the above-captioned case were notified that a Status Conference was set before the undersigned on September 26, 2005 at 2:00 p.m. Both parties were ordered to file with the court and serve upon all other parties, not later seven (7) days before the conference, a Status Report. Plaintiff's counsel has failed to do so. The court is in receipt of plaintiff's letter dated September 23, 2005 requesting a further continuance of the Status Conference. The court notes in passing that this will be the second continuance of the Status Conference. While the court will grant the second

1

request, no further requests for a continuance of the Status Conference will be entertained.

Accordingly, the court hereby ORDERS that:

1. The Status Conference set for September 26, 2005 is CONTINUED to December 5, 2005 at 10:00 a.m.;

2. All parties shall FILE a status report ten (10) days prior to the conference; and

3. Counsel for plaintiff shall give notice of this order to all defendants and file proof of service of same within twenty (20) days.

IT IS SO ORDERED.

DATED: September 26, 2005

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT