UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

HOWARD SHEPARD,

           Plaintiff,

    v.

BOYD VAN HORN, JR., et al.,

           Defendants.
                              /

NO. CIV. S-05-888 LKK/PAN

O R D E R

By order filed September 26, 2005, the Status Conference in the above-captioned case was continued to December 5, 2005. Pursuant to the court's Order Setting Status Conference, the parties were to file separate status reports not later than ten (10) days preceding the Status Conference. All counsel have failed to do so.

Accordingly, the court hereby ORDERS that:

1. All counsel are ordered to show cause in writing within ten (10) days why sanctions should not be imposed for failure to timely file status reports;

1

1     2.  The Status Conference set for December 5, 2005 is
2  CONTINUED to January 17, 2006 at 10:00 a.m., following hearing on
3  defendant Heritage Forest Product's motion to dismiss;
4     3.  All parties shall FILE a status report ten (10) days
5  prior to the conference.
6     IT IS SO ORDERED.
7     DATED:  November 30, 2005

                            /s/Lawrence K. Karlton
                            LAWRENCE K. KARLTON
                            SENIOR JUDGE
                            UNITED STATES DISTRICT COURT

2