UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

HOWARD SHEPARD,

        NO. CIV. S-05-888 LKK/PAN

    Plaintiff,

  v.                 O R D E R

BOYD VAN HORN, JR., et al.,

    Defendants.
_____/

    On December 1, 2005, the court ordered counsel for defendant and plaintiff to show cause why sanctions should not be imposed for their failure to timely file status reports. Defendant and plaintiff filed a joint response to the order to show cause on December 9, 2005. Good cause being shown, the order to show cause is DISCHARGED.

    IT IS SO ORDERED.

    DATED: December 15, 2005

                              /s/Lawrence K. Karlton
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT