```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA


HOWARD SHEPARD,
                                       NO. CIV. S-05-888 LKK/PAN
         Plaintiff,

    v.                                         O R D E R

BOYD VAN HORN, JR., et al.,

         Defendants.
                                  /
```

A hearing in this case is presently scheduled for January 17, 2006 at 10:00 a.m., on the Law and Motion Calendar of this court pursuant defendant's motion to dismiss. Local Rule 78-230(c) for the Eastern District of California specifies that an opposition or statement of non-opposition to the granting of the motion shall be in writing and shall be served and filed not less than fourteen (14) days prior to the hearing. Plaintiff has failed to file an opposition or statement of non-opposition.

////

////

1        Accordingly, the court ORDERS as follows:

2        1.  Counsel for plaintiff is hereby ORDERED TO SHOW CAUSE in
writing not later than ten (10) days from the effective date of
this order why sanctions should not issue in the above-captioned
case in the amount of One Hundred Fifty Dollars ($150) as required
by Local Rule 11-110 for failure to file a timely opposition in
accordance with Local Rule 78-230, unless that party timely files
a written Statement of No Opposition.  Hearing shall be held on the
Order to Show Cause at the time of hearing on this motion.

3        2.  The hearing on the motion to dismiss presently before the
court is CONTINUED to February 13, 2006 where it will be called on
the court's regularly scheduled Law and Motion Calendar, beginning
at 10:00 a.m.

4        3.  Plaintiff's counsel is directed to file and serve the
opposition no later than January 23, 2006 at 4:00 p.m.

        IT IS SO ORDERED.

        DATED:  January 9, 2006.

                                /s/Lawrence K. Karlton
                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT