MICHAEL D. WELCH (SBN: 111022)
GORDON & REES LLP
655 University Avenue, Suite 200
Sacramento, California  95825
Telephone:  (916) 565-2900
Facsimile:  (916) 920-4402

Attorneys For: Defendant
HERITAGE FOREST PRODUCTS, LP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD SHEPARD, | CASE NO. 2:05-CV-00888-LKK-PAN |
| Plaintiff | STIPULATION AND ORDER TRANSFERRING ACTION |
| vs. | |
| BOYD JAMES VAN HORN, JR., HERITAGE FOREST PRODUCTS, INC., NATIONAL RAILROAD PASSENGER CORPORATION (AMTRACK), | |
| Defendants. | |

IT IS HEREBY stipulated and agreed that this Court lacks personal jurisdiction pursuant to Fed. R. Civ. P. 12 (b)(2) over defendant Heritage Forest Products, L.P. and that this case be transferred to the United State District Court for the Southern District of Georgia where two other cases are pending involving the same incident.

IT IS FURTHER stipulated and agreed that the Status (Pretrial Scheduling) Conference and defendant's Motion to Dismiss pursuant to Fed. R. Civ. P. 12 (b)(2) set for hearing on January 17, 2006 is vacated.

Dated: January 12, 2006                          GORDON & REES LLP


                                                 By:/s/Michael D. Welch
                                                     Michael D. Welch
                                                 Attorneys For Defendant
                                                 Heritage Forest Products, LP

| | |
|---|---|
| Dated:  January 10, 2006 | LAW OFFICES OF STAWICKI & MAPLES |
| | By:/s/John C. Maples |
| | John C. Maples |
| | Attorneys For Plaintiff |
| | Howard Shepard |

IT IS HEREBY ORDERED, based upon good cause showing, the Status (Pretrial Scheduling) Conference set for hearing on January 17, 2006 and Defendant, HERITAGE FOREST PRODUCTS, LP's Motion to Dismiss for Lack of Personal Jurisdiction pursuant to Fed. R. Civ. P. 12 (b)(2) are hereby vacated.

IT IS HEREBY FURTHER ORDERED, based upon good cause showing, this action is TRANSFERRED to the United States District Court for the Southern District of Georgia.

DATED:  January 13, 2006

/s/Lawrence K. Karlton
Lawrence K. Karlton
Senior Judge

Gordon & Rees LLP
655 University Avenue, Suite 200
Sacramento, California 95825

CRMF\1033908\25652.1

-2-
Stipulation and Order Transferring Action-Case No. 2:05-CV-00888-LKK-PAN